■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL JONES, Appellant. [682 NYS2d 604] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rivera, J.), rendered September 10, 1997, convicting her of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims regarding certain comments made by the prosecutor during summation are for the most part unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Tevaha,* 84 NY2d 879, 881; *People v Balls,* 69 NY2d 641; *People v Scotti,* 220 AD2d 543). In any event, most of the comments constituted a legitimate response to the defense counsel's summation (*see, People v Griffith,* 231 AD2d 530; *People v Rawlings,* 144 AD2d 500; *People v Miller,* 143 AD2d 1055), and none of the remarks was so prejudicial as to deprive the defendant of a fair trial (*see, People v Galloway,* 54 NY2d 396).

The court considered appropriate factors in imposing sentence (*see, People v Barnes,* 219 AD2d 527; *People v Jackson,* 208 AD2d 862, 863), and we find no basis for reducing the sentence (*see, People v Suitte,* 90 AD2d 80). Rosenblatt, J. P., Santucci, Altman and Friedmann, JJ., concur.